**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**WILLIAM DEWAYNE BATTAYA**                                                    **PLAINTIFF**

**VS.**                                            **CIVIL ACTION NO. 3:09cv652 TSL FKB**

**GINA ANDERSON, TERRI STEWART,**
**MAJOR KIM REECE AND ALLEAN JONES**                              **DEFENDANTS**

---

**O R D E R**

This cause came on this date to be heard upon the report and recommendation of the United States magistrate Judge, and the court, having fully reviewed the report and recommendation of the United States Magistrate judge entered in this cause on or about November 15, 2010, and being duly advised in the premises, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge F. Keith Ball entered on November 15, 2010, be, and the same is hereby, adopted as the finding of this court, and the cause should be dismissed without prejudice for failure of plaintiff to prosecute.  A separate judgment will be entered herein in accordance with this order as required by Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED, this the 6th day of December, 2010.


/s/Tom S. Lee_____
UNITED STATES DISTRICT JUDGE